**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **CURTIS PEGUES,** ) | |
| **ID # 682902,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:12-CV-0654-D |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| Defendant. ) | |

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

The March 1, 2012 motion to apply funds held by the United States Secret Service to criminal debt is granted.

**SO ORDERED**.

May 31, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE